# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MICHALYNN HACKER, INC.,

    Plaintiff,

v.                                      Case No: 8:13-cv-969-T-30TGW

FRED VON CANON and MAVERICK
SOLUTIONS, LLC,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Dkt. #5). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of May, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cv-969 dismiss 5.docx